UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| VS. | 4:05cr305-24 SWW | |
| MARK DUANE LEE | | DEFENDANT(S) |

## ORDER

The government has filed a Motion to Revoke Conditions of Release (doc #389 ) and two supplements to this motion (doc #404 and #405). The second supplemental motion requesting a warrant be issued and for defendant to be held pending a revocation hearing (doc #405) is GRANTED.

The Clerk is directed to issue a warrant for above named defendant and deliver to the U.S. Marshal's office.

The United States Marshal or the arresting officer is directed to notify the undersigned when the defendant is in custody and a revocation hearing will be scheduled. Government's motions for revocation will be addressed at the hearing.

IT IS SO ORDERED this  23rd day of March 2006.

　　　　　　　　　　　　　　　　　　　　 /s/ John F. Forster, Jr.
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE