IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                           NO:   05 cr 00305 (24) JFF

MARK DUANE LEE                                              DEFENDANT

## ORDER

On April 4, 2006, the Court convened for hearing on the Government's Motions to Revoke defendant Lee's conditions of release (DE# 389, 404 & 405).

Ancillary to the revocation motion, the parties jointly moved in open court, pursuant to 18 U.S.C. §§ 4241(a), for a determination of the defendant's mental competency. The Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental condition which would render him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Government's Motions for revocation (DE# 389, 404 & 405) are GRANTED.

It is therefore ordered:

(1) That, pursuant to 18 U.S.C. § 4247(b) and (c), Defendant Mark Duane Lee is hereby committed to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychiatric examination pursuant to § 4241. The examination period herein shall commence on the date of arrival of the defendant at the assigned Federal medical facility.

1

(2)   That, pursuant to 18 U.S.C. § 4247(c), the facility conducting such examination shall file a report of same with this Court with copies to counsel for the Defendant and the attorney for the government.

(3)   That the Defendant remain in custody of the United States Marshal or his designated representative and be transported to the facility as soon as possible.

(4)   That any delay in commencing the trial of this case occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 4th day of April, 2006.

    /s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE