```
       IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                 WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                        NO. 4:05CR00305-024 SWW

MARK DUANE LEE

ORDER

The above defendant was indicted on December 7, 2005, and subsequently, the Court granted the parties' oral motion for a psychiatric evaluation. Defendant now is at the Federal Medical Center in Lexington, Kentucky, for the ordered evaluation. The Warden, Stephen M. Dewalt, has sent a letter to the Court requesting an extension for completing the evaluation. The Court hereby grants the request for an extension for completion of the evaluation up to and including June 15, 2006.

IT IS SO ORDERED this 25th day of May, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE